An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

GILBERT JAY PALIOTTA,
Appellant,
vs.
THE STATE OF NEVADA IN
RELATION TO THE NEVADA
DEPARTMENT OF CORRECTIONS;
AND RENEE BAKER, WARDEN,
Respondents.

No. 63205

**FILED**

JUL 1 5 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Our review of the documents before us on appeal reveals a jurisdictional defect. Specifically, it appears that no final, appealable judgment has been entered in the underlying case. *See* NRAP 3A(b)(1) (providing for an appeal from a final judgment in an action or proceeding). A final judgment is one that disposes of all issues presented in the case, and leaves nothing for the future consideration of the district court, except for post-judgment issues such as attorney fees and costs. *Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000). Accordingly, as it appears that a final judgment has not been entered in the underlying case, we lack jurisdiction to consider this appeal and we

ORDER this appeal DISMISSED.[1]

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

[1]In light of this order, we deny as moot all pending motions in this appeal.

13 - 20684

cc: Hon. Gary Fairman, District Court Judge
Gilbert Jay Paliotta
Attorney General/Carson City
White Pine County Clerk